UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE CUTRIGHT,<br><br>        Plaintiffs,<br><br>   v.<br><br>COLOPLAST, INC., et al.,<br><br>        Defendants. | Case No. 18-cv-07474-SI (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 23, 2020 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 20, 2019.

DESIGNATION OF EXPERTS: Pltf.: 1/6/20, Deft: 1/27/20; REBUTTAL: February 7, 2020;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: March 13, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; March 20, 2020;
    Opp. Due: April 3, 2020; Reply Due: April 10, 2020;
    and set for hearing no later than April 24, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: June 2, 2020 at 3:30 PM.

JURY TRIAL DATE: June 15, 2020 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Counsel shall inform the Court of MDL rulings on any similar motions filed in this individual case.

A protective order re: electronic discovery will be filed.

Plaintiff's counsel shall produce medical records and plaintiff for deposition prior to holding a settlement conference.

The parties shall be prepared to discuss what ADR process they will participate in at the next case management conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 3/18/19

_____
SUSAN ILLSTON
United States District Judge