UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIANE CUTRIGHT,

    Plaintiffs,

v.

COLOPLAST, INC., et al.,

    Defendants.

Case No. 18-cv-07474-SI  (SI)

SECOND
**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 15, 2020 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: August 7, 2020.

DESIGNATION OF EXPERTS: Pltf.: 8/17/20, Deft: 9/7/20; REBUTTAL: 9/18/20;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: December 7, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 8, 2021;
    Opp. Due: January 22, 2021; Reply Due: January 29, 2021;
    and set for hearing no later than February 12, 2021 at 10:00 AM.

PRETRIAL CONFERENCE DATE: March 9, 2021 at 3:30 PM.

JURY TRIAL DATE: March 22, 2021 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The Court granted the request to continue the trial schedule as indicated above.

ADR shall be completed by June or July 2020. Counsel shall inform the Court of the date the session is set to be held.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 12/23/19

SUSAN ILLSTON
United States District Judge